## (January 12, 1959)

■ In the Matter of MABEL CLUNE et al., Respondents, against DELOS WALKER et al., Constituting the Zoning Board of Appeals of the Incorporated Village of East Hampton, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ JEROME SHAPIRO, Doing Business as FEDERAL FACTORS CO., Respondent, v. FRANK WEISSMAN et al., Appellants, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ FANNIE SILVER, Respondent, v. AMERICAN HOUSECRAFT CORPORATION et al., Appellants.— Motion for leave to appeal to the Court of Appeals from order entered November 10, 1958 denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ ATCOS BATHS, INC., Respondent, v. EDWARD C. TEPERMAN et al., Appellants.— In an action by a corporation against an officer and a director for an accounting by reason of their alleged waste and malfeasance, and for other relief, the appeal is from an order denying appellants' motion to dismiss the complaint for insufficiency or in the alternative to dismiss each cause of action alleged therein for insufficiency (Rules Civ. Prac., rule 106, subd. 4). Order modified by striking from the ordering paragraph everything following the word " is " and by substituting therefor the words " granted to the extent of dismissing the first, twelfth and thirteenth causes of action, without affecting the allegations of the first cause of action incorporated by reference in the remaining causes of action, and in all other respects denied." As so modified, order affirmed, without costs. In our opinion, the first, twelfth and thirteenth causes of action do not contain sufficient factual allegations to sustain a recovery against appellants. Moreover, the relief sought in the first cause of action is embraced within the relief sought in the remaining causes of action. Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ., concur.

■ FRANCES BEVIER, as Administratrix of the Estate of RONALD BEVIER, Deceased, Respondent, v. CITY OF NEWBURGH et al., Appellants.— In an action by an administratrix to recover damages for the wrongful death of her intestate and for his conscious pain and suffering, the appeal is from a judgment entered on a jury verdict in favor of the administratrix. Judgment reversed and a new trial granted, with costs to abide the event. In our opinion, the verdict was against the weight of the credible evidence. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.